UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 2:15-CR-101 |
| ) | |
| THOMAS LEE NEWMAN ) | |

AMENDED MEMORANDUM OPINION AND ORDER

The Court held a sentencing hearing on February 1, 2017. A new objection was raised by the defendant. As such, the Court continued the hearing until April 24, 2017, at 1:30 p.m. In addition, it is ORDERED that the parties shall have until February 13, 2017, to file any brief regarding the newly raised objection.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE